# Arnold & Porter

**Louis S. Ederer**
+1 212.836.8144 Direct
louis.ederer@arnoldporter.com

April 28, 2022

**VIA ECF**
Honorable Ronnie Abrams
United Sates District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *David Yurman Enterprises, et al. v. Halcyon Days Limited, et al.*,
            C.A. No. 1:22-cv-00977-RA — Request for Adjournment of Initial Status
            Conference

Dear Judge Abrams:

    We represent David Yurman Enterprises and David Yurman IP LLC (collectively "Plaintiffs") in the above-referenced action. We write to respectfully request a thirty (30) day adjournment of the initial status conference currently scheduled for May 6, 2022 at 12:00 p.m., as well as a proportional extension of time for the parties to submit their joint letter and proposed case management plan and scheduling order, which are currently due to be submitted by April 29, 2022. *See* Dkt. 11.

    As Your Honor may be aware, defendant Halcyon Days Limited ("Halcyon") has not timely answered or otherwise moved with respect to Plaintiffs' complaint following service, and Plaintiffs obtained a Clerk's Certificate of Default as to Halcyon on April 6, 2022. *See* Dkt. 16.

    Since that time, we have been in contact with a U.S.-based attorney representing Halcyon, and believe there is a reasonable likelihood the parties may soon reach a negotiated resolution of this action. The requested adjournment would allow Plaintiffs additional time to fully explore the possibility of such a resolution. In the event the parties are unable to reach a negotiated resolution during the extended period, Plaintiffs will be prepared to promptly move for the entry of a default judgment against Halcyon pursuant to Your Honor's individual rules and practices.

    This is Plaintiffs' first request to adjourn the initial status conference, and the requested adjournment does not affect any other scheduled date.

We appreciate the Court's consideration of this request.

Respectfully submitted,

ARNOLD & PORTER

_____
Louis S. Ederer

cc: David Yurman Enterprises LLC
David Yurman IP LLC

Application granted.  The initial conference is adjourned to June 10, 2022 at 11:30 a.m.  The parties' joint letter is due by June 3, 2022.

If, by that date, the parties have not resolved the action and Defendant continues to be in default, Plaintiff shall file a motion for default judgment in accordance with this Court's individual rules.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 29, 2022