# Arnold & Porter

**Louis S. Ederer**
+1 212.836.8144 Direct
louis.ederer@arnoldporter.com

June 3, 2022

**VIA ECF**
Honorable Ronnie Abrams
United Sates District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *David Yurman Enterprises, et al. v. Halcyon Days Limited, et al.*,
C.A. No. 1:22-cv-00977-RA — Request for Further Adjournment
of Initial Status Conference to Allow for Finalization of Settlement

Dear Judge Abrams:

We represent David Yurman Enterprises and David Yurman IP LLC (collectively "Plaintiffs") in the above-referenced action. We write to respectfully request an additional thirty (30) day adjournment of the initial status conference currently scheduled for June 10, 2022 at 11:30 a.m., as well as a proportional extension of time for the parties to submit their joint letter and proposed case management plan and scheduling order, which are currently due to be submitted by June 3, 2022. *See* Dkt. 18.

By Letter Motion dated April 28, 2022 (Dkt. 17), we advised Your Honor that although defendant Halcyon Days Limited ("Halcyon") had not timely answered or otherwise moved with respect to Plaintiffs' complaint, and despite Plaintiffs having obtained a Clerk's Certificate of Default as to Halcyon on April 6, 2022 (Dkt. 16), that we had been in contact with a U.S.-based attorney representing Halcyon and believed there was a reasonable likelihood the parties may soon reach a negotiated resolution of this action.

We are pleased to report that the parties have recently agreed to the terms of a written settlement agreement and are in the process of obtaining the signatures necessary to finalize such agreement. Accordingly, the requested adjournment will allow the parties to finalize their settlement agreement and bring this action to resolution.

This is Plaintiffs' second request to adjourn the initial status conference, and the requested adjournment does not affect any other scheduled date.

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

We appreciate the Court's consideration of this request.

Respectfully submitted,

ARNOLD & PORTER

*Louis S. Ederer*

Louis S. Ederer

cc: David Yurman Enterprises LLC
David Yurman IP LLC

Application granted.  All pending deadlines in this action are adjourned *sine die*.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  By June 13, 2022, Plaintiffs shall notify the Court as to whether they intend to pursue their claims against Defendants XYZ Companies 1-10 and John and Jane Does 1-10, or whether they intend to dismiss their claims against those Defendants upon reaching a settlement with Defendant Halcyon Days Limited.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 6, 2022